## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

KEVIN DAVIS, on behalf of himself and
all others similarly situated,

                           Plaintiff,

        -v-

COLLOV, INC.,

                        Defendant.

**Civil Case Number:  1:21-cv-06393-JPC**

## [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 11, 2022 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-06393-JPC**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS __12__ day of __April__ 2022.

_____
HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE